UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HOUMA TERREBONNE SOCCER ASSOCIATION, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-758** |
| **U.S. DEPARTMENT OF STATE, ET AL** | **SECTION "B"(4)** |

### ORDER

**IT IS ORDERED** that defendants' "Ex Parte Motion For Acknowledgement of Time" (Rec. Doc. 9) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 12(a)(2), the defendants shall answer, plead or otherwise respond to the complaint **no later than Monday, June 21, 2021**.

New Orleans, Louisiana this 27th day of April, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE