# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HOUMA TERREBONNE SOCCER ASSOCIATION, a Louisiana non-profit corporation, <br><br>and<br><br> MATTHEW PAUL FERGUSON, a citizen of the U.K., <br><br>    Plaintiffs, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF STATE, <br><br>Serve:  Executive Office <br>         Office of the Legal Advisor <br>         Suite 5.600 <br>         600 19th St. NW <br>         Washington, DC 20522 <br><br>EMBASSY OF THE UNITED STATES IN LONDON, UNITED KINGDOM, <br><br>Serve:  Executive Office <br>         Office of the Legal Advisor <br>         Suite 5.600 <br>         600 19th St. NW <br>         Washington, DC 20522 <br><br>ANTONY BLINKEN, <br>United States Secretary of State, <br><br>Serve:  Executive Office <br>         Office of the Legal Advisor <br>         Suite 5.600 <br>         600 19th St. NW <br>         Washington, DC 20522 | Civil Case No.2:21-cv-00758 |

|   |   |
|---|---|
| YAEL LEMPERT, Chargé d'Affaires <br> U.S. Embassy in London, United Kingdom <br><br> Serve:  Executive Office <br>          Office of the Legal Advisor <br>          Suite 5.600 <br>          600 19th St. NW <br>          Washington, DC 20522 <br><br> JOHN DOE I, Chief of the Immigrant Visa Section, <br> U.S. Embassy in London, United Kingdom <br><br> Serve:  Executive Office <br>          Office of the Legal Advisor <br>          Suite 5.600 <br>          600 19th St. NW <br>          Washington, DC 20522 <br><br> JOHN DOE II, Consular Officer, IV Section <br> U.S. Embassy in London, United Kingdom <br><br> Serve:  Executive Office <br>          Office of the Legal Advisor <br>          Suite 5.600 <br>          600 19th St. NW <br>          Washington, DC 20522 | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **PLAINTIFFS' NOTICE OF DISMISSAL**

Plaintiffs hereby notify the court they are voluntarily dismissing the above-captioned action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The parties will each bear their own fees and costs.

Respectfully Submitted,

/s/ Leah Spivey
 By: Leah Spivey
 La. Bar Roll # 32705
 Gasparian Spivey Immigration

        829 Baronne St.
        New Orleans, LA 70113
        Tel. (504) 262-9878
        Fax (504) 581-7651
        leah@gsimmigrationlaw.com

        ATTORNEY FOR PLAINTIFFS,
        Houma Terrebonne Soccer Association and Matthew Paul Ferguson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on:

    Glenn M Girdharry
    U. S. Department of Justice (Box 868)
    Ben Franklin Station
    P.O. Box 868
    Washington, DC 20044
    Email: glenn.girdharry@usdoj.gov
    *Attorney for Defendants*

Via the court's electronic filing system, CM/ECF, on this the <u>15th</u> day of June, 2021.

        /s/ Leah Spivey
        Leah Spivey, Esq.